```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

PROGRESSIVE DIRECT INSURANCE   }
COMPANY,                       }
                               }
     Plaintiff,                }   CIVIL ACTION NO.
                               }   08-1461-S
v.                             }
                               }
ADRIAN HALL, et al.,           }
                               }
     Defendants.               }
```

**<u>MEMORANDUM OPINION</u>**

For reasons that should be obvious, defendants Adrian Hall and Jamilla Hall filed no response to the order entered on November 6, 2008, giving the parties the opportunity, if they could do so, to show why the above-entitled action should not be dismissed without prejudice for the absence of a case or controversy. For reasons that are just as obvious, plaintiff, Progressive Direct Insurance Company, in its response, endeavored to demonstrate the existence of a justiciable controversy. The two minor defendants, addressing the court through their *guardian ad litem*, responded with a brief that removes any lingering doubt this court had on the subject of jurisdiction. There is no need for deciding an issue that may or may not ever come into being, and that presently does not exist. For the reasons well stated in the *guardian ad litem's* brief, the action will be dismissed by separate order.

DONE this 30th day of December, 2008.

                                                _____
                                                WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE